## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 6 WAL 2016

            Respondent

                       v.

JOHN ANTHONY CREACH,

            Petitioner

: Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 4th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.